```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVAR DAVIS,                         :    CIVIL ACTION
                                     :    NO. 12-5628
         Plaintiff,                  :
                                     :
    v.                               :
                                     :
SOLID WASTE SERVICES, INC.           :
d/b/a/ J.P. MASCARO & SONS,          :
                                     :
         Defendant.                  :


BENJAMIN GAY,                        :    CIVIL ACTION
                                     :    NO. 12-5629
         Plaintiff,                  :
                                     :
    v.                               :
                                     :
SOLID WASTE SERVICES, INC.           :
d/b/a/ J.P. MASCARO & SONS,          :
                                     :
         Defendant.                  :


THOMAS BRUCE JOHNSON,                :    CIVIL ACTION
                                     :    NO. 12-5630
         Plaintiff,                  :
                                     :
    v.                               :
                                     :
SOLID WASTE SERVICES, INC.           :
d/b/a/ J.P. MASCARO & SONS,          :
                                     :
         Defendant.                  :
```

### **O R D E R**

**AND NOW**, this **19th** day of **May, 2014**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 49) is **GRANTED**;

2. Defendant's Motion to Strike (ECF No. 55) is **GRANTED in part** and **DENIED in part,** as outlined in the accompanying memorandum opinion; and

3. Plaintiffs' Joint Motion for Summary Judgment (ECF No. 50) is **DENIED.**

The clerk shall mark all three of the above-captioned cases **CLOSED.**

    **AND IT IS SO ORDERED.**

    **/s/ Eduardo C. Robreno**
    **EDUARDO C. ROBRENO,     J.**